IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK GUY,** | ) | Civil Action No. 7:12-cv-00083 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **MAJOR GEORGE HEMBREE,** | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Guy's claim for injunctive is **DISMISSED as moot** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 27th day of February, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE